Stephanie Van Marter
Acting United States Attorney
Eastern District of Washington
Michael D. Murphy
Courtney R. Pratten
Assistant United States Attorneys
402 E. Yakima Ave., Suite 210
Yakima, WA 98901
Telephone: (509) 454-4425

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:24-CR-02059-SAB |
| Plaintiff, | GOVERNMENT'S PROPOSED |
| vs. | VOIR DIRE |
| JASON ALEXANDER LOGIE, | |
| Defendant. | |

Plaintiff, United States of America, by and through Stephanie Van Marter, Acting United States Attorney for the Eastern District of Washington, and Michael D. Murphy and Courtney R. Pratten, Assistant United States Attorneys for the Eastern District of Washington, respectfully requests that the following questions be included in the *voir dire* of potential jurors in the above-captioned case:

**Connections with Law Enforcement/Criminal Defense/Courts**

1. Do you or have you worked for an agency or firm that represents criminal defendants?

Government's Proposed Voir Dire for Trial    - 1

2. Do you have any family members or close friends who work for or have worked for an agency or firm that represents criminal defendants?

3. Have you received any training in the law? If you have had such training and the knowledge you gained in such training conflicts with the law that the judge will give you in this case, would you be able to put aside your previous training and accept the law as it is given to you in this case?

4. Do you work or have you worked for the court system?

5. Do you have any family members or close friends who work for or have worked for the courts?

6. Have you ever served on a grand jury?

7. Would anything regarding any prior jury experience make it difficult for you to sit as an impartial juror in this case?

### Disputes with Federal Government

8. Have you been in a dispute with the federal government over any issue? Was that dispute resolved to your satisfaction?

9. Have any of your family members or close friends been in a dispute with the federal government? Was the dispute resolved to your friend or relative's satisfaction?

### Positive/Negative Experiences with Law Enforcement

10. Have you had a particularly positive or negative experience with law enforcement, a prosecutor, or a criminal defense lawyer?

11. Do any of you have any particular positive or negative views about any of your local law enforcement agencies, for example, the Toppenish, Wapato, City of Yakima, or Yakama Nation Police Departments, the Franklin County, Benton County, or Yakima County Sheriff's Offices, or Washington State Patrol?

12. Some witnesses in this case may be Yakama Nation Police officers and other local law enforcement officers. Do any of you have reason to distrust or disfavor information provided by these witnesses?

13. Have you, a member of your family, or someone close to you ever been a victim of a crime? Was law enforcement involved in the matter? Were you satisfied with the way you were treated by members of law enforcement?

14. Do you have any family members who have been arrested either rightly or wrongly?

15. Have you ever been unjustly accused of a crime, even if the accusation was unconfirmed, or made by someone other than law enforcement or the government?

16. Do you have any personal feelings about law enforcement, either positive or negative, that may prevent you from being a fair and impartial juror in a criminal case? Please explain.

## Miscellaneous Questions

17. At the end of the case, the Court will be instructing you on the law to be applied. Do you believe that you cannot follow the Court's instructions, even if they are different from what you personally believe the law should be?

## Duty to Follow the Law

18. The government has the burden of proving the defendant guilty beyond a reasonable doubt. Is there any member of the prospective jury panel who feels that the government must prove its case beyond all doubt or to an absolute certainty?

19. Do you feel that the government (the prosecution) is entitled to a fair trial to the same extent as the defendant?

20. The potential punishment for the offenses charged in the indictment is a matter that should never be considered by the jury in any way in arriving at an impartial verdict. Can you put aside concerns about potential punishment in arriving at a fair and impartial verdict in this case?

21. There are some people who, for moral, ethical, or religious reasons, believe it is not proper, or who would find it difficult, to pass judgment on the

Government's Proposed Voir Dire for Trial    - 3

conduct of others. Is there anyone here who holds such beliefs, or who might be affected by such beliefs?

22. Does anyone here have reservations of any kind about sitting in judgment of an accused person and returning a verdict?

23. Do the nature of the charges cause you any difficulties such that you feel you could not be a juror in this case, or that you could not be a fair and impartial juror to both sides?

24. Do you understand the role of a juror is to listen to the evidence, and the law, and to come to a verdict at the end of the case?

25. Do you agree to listen carefully to the evidence as it is presented in this case?

26. Do you agree to follow the law that the judge will give you during the course of this case?

27. Will you be able to do so even if you disagree with the law that the judge gives you?

28. Do you understand that the role of a juror is to decide whether the law was broken, and not whether the law is itself a good law or a bad law?

29. Since part of the role of a juror is to come to a verdict at the end of the case, do you have any qualms about attempting to come to a verdict?

### Driving Under the Influence

30. Does anyone here have a problem sitting on a case where driving under the influence of alcohol is alleged? Do you think your feelings about allegations of "drunk driving" would keep you from rendering a fair and impartial verdict in this case?

31. Does anyone here think that the government should not be involved in the regulation of the sale or consumption of alcohol?

32. What is your opinion about regarding the consumption of alcohol?

33. Do any of you feel that you would be unable to listen to the evidence and render a fair and impartial verdict in a matter which involves allegations of

Government's Proposed Voir Dire for Trial    - 4

alocohol abuse?

DATED: July 30, 2025         Stephanie Van Marter
                             Acting United States Attorney

                             s/ Michael D. Murphy
                             MICHAEL D. MURPHY
                             Assistant United States Attorney

Government's Proposed Voir Dire for Trial      - 5

I hereby certify that on July 30, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the counsel of record in this case.

       /s/ Michael D. Murphy
MICHAEL D. MURPHY
Assistant U.S. Attorney